No. 697. SOUTH CAROLINA GENERATING CO. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 762. GEORGIA POWER CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 782. SOUTH CAROLINA PUBLIC SERVICE COMMISSION *v.* FEDERAL POWER COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. *W. C. McLain, D. W. Robinson, Arthur M. Williams, Jr., T. Justin Moore, George D. Gibson* and *John W. Riely* for petitioner in No. 697. *William C. Chanler* for petitioner in No. 762. *T. C. Callison,* Attorney General of South Carolina, and *Irvine F. Belser,* Assistant Attorney General, for petitioner in No. 782. *Solicitor General Rankin, Paul A. Sweeney, Willard W. Gatchell, Howard E. Wahrenbrock* and *Theodore French* for the Federal Power Commission, respondent. With them on the briefs was *Assistant Attorney General Doub* for the Federal Power Commission, respondent in Nos. 762 and 782. Reported below: 249 F. 2d 755.

No. 743. NEVIL C. WITHROW CO. *v.* W. R. GRIMSHAW CO. ET AL. C. A. 8th Cir. Certiorari denied. *Cooper Jacoway* for petitioner. *Remington Rogers* for respondents.

No. 750. WATT *v.* TEXAS STATE BOARD OF MEDICAL EXAMINERS. Court of Civil Appeals of Texas, Fifth Supreme Judicial District. Certiorari denied. *James H. Martin* for petitioner.

No. 434, Misc. HALL *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.